UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:23-cv-24051-PCH

DOUG LONGHINI,

    Plaintiff,

v.

R & D INVESTMENTS, LLC, A&Y
RESTRAUNT, LLC d/b/a DON
CRIOLLITO RESTAURANT, and FOUR
SC CORP., d/b/a PAO PAO FAST FOOD

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, DOUG LONGHINI, by and through his undersigned counsel, hereby dismisses Defendant, FOUR SC CORP d/b/a PAO PAO FAST FOOD, with Prejudice.

Dated this November 16, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By*: /s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 16, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
         ANTHONY J. PEREZ