UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:23-cv-24051-PCH

DOUG LONGHINI,

    Plaintiff,
v.

R & D INVESTMENTS, LLC, A&Y
RESTRAUNT, LLC d/b/a DON
CRIOLLITO RESTAURANT, and FOUR
SC CORP., d/b/a PAO PAO FAST FOOD

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, hereby advises the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice as to Defendants, R & D INVESTMENTS, LLC and A&Y RESTAURANT, LLC, *only* once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant *only*.

Respectfully submitted this December 28, 2023.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 28, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By:  */s/ Anthony J. Perez*
     ANTHONY J. PEREZ

2