UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24051-PCH

DOUG LONGHINI,

    Plaintiff,

v.

R & D INVESTMENTS, LLC, A&Y
RESTRAUNT, LLC d/b/a DON
CRIOLLITO RESTAURANT, and FOUR
SC CORP., d/b/a PAO PAO FAST FOOD,

    Defendants.

_____/



CLOSED CIVIL CASE

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notices of Voluntary Dismissal with Prejudice [ECF Nos. 17, 28], filed on November 16, 2023, and February 7, 2024. The Court having reviewed the Notices and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on February 8, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record